

FILED
JUN 12 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RAMOS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | CASE NO. 1:17-CV-00973 <br><br> **VERDICT FORM** |

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

> **First Claim:**
>
> **Violation of Song-Beverly Act — Breach of Express Warranty**

**Question 1:** Did Ignacio Ramos and Elizabeth Ramos aka Elizabeth Ramos-Ibarra ("Plaintiffs") buy a new 2013 Dodge Ram 1500 manufactured by FCA US LLC?

__✓__ Yes    _____ No

*If your answer to Question 1 is "Yes," then proceed to Question 2. If your answer to Question 1 is "No," then answer no further questions and have the presiding juror sign and date this form.*

**Question 2:** Did FCA US LLC give Plaintiffs an express written warranty?

__✓__ Yes    _____ No

*If your answer to Question 2 is "Yes," then proceed to Question 3. If your answer to Question 2 is "No," then skip to Question 10 (and do <u>not</u> answer Questions 3-9).*

**Question 3:** Did the 2013 Dodge Ram 1500 have a defect or defects covered by the express written warranty that substantially impaired the vehicle's use, value, or safety to a reasonable buyer in Plaintiffs' situation?

_____ Yes          ✓ No

*If your answer to Question 3 is "Yes," then proceed to Question 4. If your answer to Question 3 is "No," then skip to Question 10 (and do not answer Questions 4-9).*

**Question 4:** Did FCA US LLC or its authorized repair facility fail to repair the 2013 Dodge Ram 1500 to match the express written warranty after a reasonable number of opportunities to do so?

_____ Yes          _____ No

*If your answer to Question 4 is "Yes," then proceed to Question 5. If your answer to Question 4 is "No," then skip to Question 10 (and do not answer Questions 5-9).*

**Question 5:** Did FCA US LLC fail to promptly replace or repurchase the 2013 Dodge Ram 1500?

_____ Yes          _____ No

*If your answer to Question 5 is "Yes," then proceed to Question 6. If your answer to Question 5 is "No," then skip to Question 10 (and do not answer Questions 6-9).*

3

**Question 6:**   What are Plaintiffs' damages? Calculate as follows:

Determine the following amounts:

    a.    Amount Plaintiffs paid toward the vehicle:

$_____

    b.    Incidental and consequential damages:

$_____

SUBTOTAL (add together amounts above from lines "a" and "b"):

$_____

*Proceed to Question 7.*

**Question 7:** Calculate the value of the use of the vehicle before it was brought in for repair as follows:

    a. What is the number of miles the vehicle was driven between the time Plaintiffs took possession of the vehicle and the time when they delivered the vehicle to FCA US LLC or its authorized repair facility to fix the problem?

                                                         _____ miles

    b. Divide the number of miles you just entered by 120,000 and multiply that result by $31,245 and insert the total below in the "VALUE OF USE" line:

                                          VALUE OF USE: _____

    c. Subtract the "VALUE OF USE" amount (directly above) from the "SUBTOTAL" amount in Question 6 and insert the total below in the "TOTAL DAMAGES" line:

                                          TOTAL DAMAGES: $_____

*Proceed to Question 8.*

**Question 8:** Did FCA US LLC willfully fail to repurchase or replace the 2013 Dodge Ram 1500?

_____ Yes        _____ No

*If your answer to Question 8 is "Yes," then proceed to Question 9. If your answer to Question 8 is "No," then skip to Question 10 (and do not answer Question 9).*

**Question 9:** What amount, if any, do you impose as a penalty? You may not exceed two times the amount of "TOTAL DAMAGES" that you entered in Question 7.

PENALTY: $_____

*Proceed to Question 10.*

> **Second Claim:**
> **Violation of Song-Beverly Act — Breach of Implied Warranty**

**Question 10:** At the time of Plaintiffs' purchase, was FCA US LLC in the business of manufacturing the 2013 Dodge Ram 1500?

√ Yes  _____ No

*If your answer to Question 10 is "Yes," then proceed to Question 11. If your answer to Question 10 is "No," then answer no further questions and have the presiding juror sign and date this form.*

**Question 11:** Within the duration of the implied warranty, was the 2013 Ram 1500 of the same quality as those generally acceptable in the trade?

√ Yes  _____ No

*Proceed to Question 12.*

**Question 12:** Within the duration of the implied warranty, was the 2013 Ram 1500 fit for the ordinary purposes for which such goods are used?

√ Yes  _____ No

*If your answer to both Question 11 and Question 12 is "Yes," then answer no further questions and have the presiding juror sign and date this form. If your answer to either Question 11 or Question 12 is "No," then proceed to Question 13.*

**Question 13:**     What amount is Plaintiffs entitled to receive as restitution for FCA US LLC's breach of the implied warranty of merchantability?

RESTITUTION: $_____

If you have not done so already, have the presiding juror sign and date this form, and then notify the court attendant.

Presiding juror name [print]: _Jeremy Hendricks_

Presiding juror signature: _[signature]_

Date: _6-12-19_