```
                                              FILED
                                        JUDGMENT ENTERED


                                            June 12, 2019
                                                Date
                                             by: V. Gonzales
                                              Deputy Clerk
                                           U.S. District Court
                                       Eastern District of California
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IGNACIO RAMOS, et al.,

    Plaintiffs,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:17-CV-00973-AWI-SKO

FCA US LLC,

    Defendant.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    *JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT FCA US LLC, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 6/12/2019.*

DATED: 6/12/2019

                                                  MARIANNE MATHERLY, Clerk

                                                    /S/ VICTORIA GONZALES
                                                    By:

                                                              Deputy Clerk